UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS SCOBELLITTI,<br><br>       Plaintiff,<br><br>  v.<br><br>CHIEF MEDICAL OFFICER et al,<br><br>       Defendant. | Case Number: CV09-02785 CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Demetrius Scobellitti #2388190
G-09 CJ-1
850 Bryant Street
San Francisco, CA 94103

Dated: January 22, 2010

                                          Richard W. Wieking, Clerk

                                          By: Barbara Espinoza, Deputy Clerk